UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
| ZAANA-17 LLC | ) CHAPTER 11 |
|  | ) SUBCHAPTER V |
|  | ) |

**NOTICE OF APPEARANCE for BENSON LUMBER AND HARDWARE, INC.**

    IN ACCORDANCE WITH Rule 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and MLRB 9010-1, please take notice that Donald R. Lassman, Esq. hereby appears in this proceeding as counsel on behalf of BENSON LUMBER AND HARDWARE, INC.. The undersigned requests that he receive copies of all notices, pleadings and orders required to be given or served in this case in accordance with Bankruptcy Rule 2002 and/or other applicable Bankruptcy Rules or Local Rules.  In addition, the undersigned requests that he receive copies of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by email, mail delivery, telephone, telegram, telex, facsimile transmission or otherwise, which affect the Debtor and/ or its property filed by any party in the above captioned case.

                                    /s/ Donald R. Lassman
                                    Donald R. Lassman
                                    BBO#545959
                                    P.O. Box 920385
                                    Needham, MA.  02492
                                    781-455-8400
                                    Don@LassmanLaw.com

# **CERTIFICATE OF SERVICE**

I, Donald R. Lassman, hereby certify that on December 31, 2020, a copy of the foregoing Notice was served on the parties whose names appear below via ECF, unless otherwise indicated, and on the parties whose names appear on the attached list via first class mail, postage prepaid.

- **Donald F. Farrell**    dff@andersonaquino.com

- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV

- **Stephen E. Meunier**    stephen.meunier@usdoj.gov

- **Nina M. Parker**    nparker@parkerlipton.com, nparker@ecf.courtdrive.com;mlipton@ecf.courtdrive.com;rgorski@ecf.courtdrive.com;jbowman@ecf.courtdrive.com;rondag@parkerlipton.com;mlipton@parkerlipton.com;jbowman@parkerlipton.com

- **Lisa D. Tingue**    lisa.d.tingue@usdoj.gov

- **Steven Weiss**    sweiss@ssfpc.com, MA11@ecfcbis.com;astephan@ssfpc.com

/s/ Donald R. Lassman
Donald R. Lassman

/s/ Donald R. Lassman
Donald R. Lassman