UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ZAANA-17 LLC | ) | CHAPTER 11 |
| | ) | SUBCHAPTER V |
| | ) | |
| | ) | CASE NO. 20-41170-CJP |

**LIMITED OPPOSITION OF BENSON LUMBER AND HARDWARE, INC TO SECOND MOTION OF CHAPTER 7 TRUSTEE FOR APPROVAL OF AGREEMENT CONCERNING CERTAIN ADMINISTRATIVE CLAIMS**

Benson Lumber and Hardware, Inc. ("Benson"), a creditor of the Debtor, files this limited objection to the Trustee's Compromise Motion (Docket Entry 332). Benson requests that the money to be distributed to Bryan Gorman, Keith Gorman and Southern End Realty LLC be distributed solely to Southern End Realty, LLC. Benson also requests that the Trustee retain the funds proposed for distribution to Frank Gorman, Bryan Gorman and Southern End Realty, LLC. In support of the limited objection, Benson states as follows:

1. Benson Lumber and Hardware, Inc. ("Benson") is a New Hampshire corporation with a principal office located at 6 Martin Street, Derry, New Hampshire 03038.

2. Benson Lumber is engaged in the business of providing lumber and construction materials and services and provided goods and services to the Debtor pre and post-petition and has filed a proof of claim in this case in connection therewith.

3. Frank Gorman, Bryan Gorman, Keith Gorman and Southern End Realty LLC, ("SER") are also indebted to Benson. Southern End Realty, LLC is an account

1

debtor[1] of Benson; Frank Gorman, Bryan Gorman and Keith Gorman are guarantors of SER's obligations to Benson; Frank Gorman is a guarantor of Zaana's obligations to Benson[2].

4. The Trustee's Compromise Motion at paragraph 19 proposes payment to SER, Bryan Gorman and Keith Gorman in the amount of $74,815.00 in settlement of the joint Administrative Claim filed by SER, Bryan Gorman and Keith Gorman at docket entry 223.

5. The invoices attached to the Administrative Claim are solely in the name of SER[3]. Therefore, Bryan Gorman and Keith Gorman are not entitled to any payment from the bankruptcy estate and the Court should not approve an agreement that appears to be part of a scheme to channel funds. The Compromise Motion also does not identify how the payment of $74,815.00 is to be allocated as between SER, Keith Gorman and Bryan Gorman.

6. Together with the filing of this Motion, Benson has filed Motion seeking relief from the automatic stay so that it may pursue recovery in state court of the sums that the Trustee proposes to pay to Frank Gorman, Bryan Gorman and SER. Therefore, Benson would request that if the Court is inclined to approve the Trustee's Compromise Motion, the Trustee refrain from distributing the settlement payments, if any, to Frank Gorman, Bryan Gorman and Southern End Realty, LLC.

WHEREFORE, Benson Lumber requests that the Court approve the Trustee's

---

[1] SER owes Benson an amount not less than $260,000.00 for goods purchased and received.
[2] Zaana's unpaid obligation to Benson is approximately $34,000.00.
[3] The Supplemental Affidavit filed by Bryan Gorman (Docket Entry 228) merely provides a detailed description of the work allegedly performed by Keith Gorman and Bryan Gorman on behalf of SER and which may support a claim by them against SER but does not support a distribution of Zaana funds directly to them.

Compromise Motion provided that distribution of the sums proposed to be paid to Keith Gorman, Bryan Gorman and SER be distributed solely to SER and provided that the Trustee retain distributions, if any, designated for payment to Frank Gorman, Bryan Gorman and/or Southern End Realty, LLC, together with such other and further relief as the Court deems just and proper

Respectfully submitted
Benson Lumber & Hardware, Inc.,
by its counsel,
/s/ Donald R. Lassman
Donald R. Lassman
BBO#545959
P.O. Box 920385
Needham, MA  02492
781-455-8400
Don@LassmanLaw.com

## CERTIFICATE OF SERVICE

I, Donald R. Lassman, hereby certify that on December 27, 2022, a copy of the foregoing Limited Objection was served on the parties whose names appear below via ECF, unless otherwise indicated.

- **Gary W. Cruickshank**    gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
- **Jeffrey J. Cymrot**    jcymrot@sassooncymrot.com
- **Donald F. Farrell**    dff@andersonaquino.com
- **Nicholas Kanakis**    nick@mklawnh.com
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **Jon H. Kurland**    jkbkcy@kurlandgrossman.com
- **George C. Malonis**    gcmpc@aol.com
- **Thomas K. McCraw**    tmccraw@fmglaw.com
- **Stephen E. Meunier**    stephen.meunier@usdoj.gov
- **Troy D. Morrison**    tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com
- **Nina M. Parker**    nparker@ninaparker.com, rondag@ninaparker.com;alston@mandkllp.com

3

- **Jesse I. Redlener**  jredlener@ascendantlawgroup.com, redlener.jesseb112050@notify.bestcase.com
- **Lisa D. Tingue**  lisa.d.tingue@usdoj.gov
- **Steven Weiss**  sweiss@ssfpc.com, astephan@ssfpc.com
- **Steven Weiss**  sweiss@ssfpc.com, MA11@ecfcbis.com;astephan@ssfpc.com

**VIA FIRST CLASS MAIL:**

**Michael J. Fadden**
2020 Lakeview Ave
Dracut, MA

**Frank Gorman**
18 Schiripo Way
Dracut, MA 01526

**Mark D. Kanakis**
Merra & Kanakis, P.C.
159 Main Street
Nashua, NH 03060

**Tim and Kathleen O'Shea**
23 Chardonnay Road
Pelham, NH 03076

**Elisa M. Sartori**
45 Summer Street, #106
Leominster, MA 01453

**Via Frist Class Mail and Email**

**William S. Gannon**
William S. Gannon PLLC
740 Chestnut Street
Manchester, NH 03104
bgannon@gannonlawfirm.com

/s/ Donald R. Lassman
Donald R. Lassman

4