UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: | )<br>)<br>) |
| ZAANA-17 LLC | ) CHAPTER 11<br>) SUBCHAPTER V<br>)<br>) CASE NO. 20-41170-CJP |

## CERTIFICATE OF SERVICE OF OBJECTION DEADLINE

I, Donald R. Lassman, hereby certify that on December 27, 2022, a copy of the attached Notice was served on the parties whose names appear below via ECF, unless otherwise indicated.

- **Gary W. Cruickshank**  gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
- **Jeffrey J. Cymrot**  jcymrot@sassooncymrot.com
- **Donald F. Farrell**  dff@andersonaquino.com
- **Nicholas Kanakis**  nick@mklawnh.com
- **Richard King**  USTPRegion01.WO.ECF@USDOJ.GOV
- **Jon H. Kurland**  jkbkcy@kurlandgrossman.com
- **George C. Malonis**  gcmpc@aol.com
- **Thomas K. McCraw**  tmccraw@fmglaw.com
- **Stephen E. Meunier**  stephen.meunier@usdoj.gov
- **Troy D. Morrison**  tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com
- **Nina M. Parker**  nparker@ninaparker.com, rondag@ninaparker.com;alston@mandkllp.com
- **Jesse I. Redlener**  jredlener@ascendantlawgroup.com, redlener.jesseb112050@notify.bestcase.com
- **Lisa D. Tingue**  lisa.d.tingue@usdoj.gov
- **Steven Weiss**  sweiss@ssfpc.com, astephan@ssfpc.com
- **Steven Weiss**  sweiss@ssfpc.com, MA11@ecfcbis.com;astephan@ssfpc.com

**VIA FIRST CLASS MAIL:**

**Michael J. Fadden**
2020 Lakeview Ave
Dracut, MA 01826

1

**Frank Gorman**
18 Schiripo Way
Dracut, MA 01526

**Mark D. Kanakis**
Merra & Kanakis, P.C.
159 Main Street
Nashua, NH 03060

**Tim and Kathleen O'Shea**
23 Chardonnay Road
Pelham, NH 03076

**Elisa M. Sartori**
45 Summer Street, #106
Leominster, MA 01453

**<u>Via First Class Mail and Email</u>**

William S. Gannon
William S. Gannon PLLC
740 Chestnut Street
Manchester, NH 03104
bgannon@gannonlawfirm.com

                                         /s/ Donald R. Lassman
                                         Donald R. Lassman

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ZAANA-17 LLC ) | CHAPTER 7 |
| ) | |
| ) | |
| ) | CASE NO. 20-41170-CJP |

**<u>NOTICE OF OBJECTION DEADLINE</u>**

Notice is hereby given that any objection to the motion for relief from stay filed by Benson Lumber and Hardware [dkt. no. 338] shall be filed no later than January 3, 2023 at 11:59 p.m.

The court shall enter a further order after the expiration of the objection deadline.

Dated: December 27, 2022

Respectfully submitted,
Donald R. Lassman, Chapter 7 Trustee,

/s/ Donald R. Lassman
Donald R. Lassman
BBO#545959
P.O. Box 902385
Needham, MA  02492
781-455-8400
Don@LassmanLaw.com