# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| In re<br>**ZAANA-17, LLC,**<br>               **Debtor** | **Chapter 7**<br>**Case No. 20-41170-CJP** |

## RESPONSE OF CHAPTER 7 TRUSTEE TO MOTION OF BENSON LUMBER AND HARDWARE, INC. FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Steven Weiss, Chapter 7 Trustee (the "Trustee"), and submits his response to the Motion of Benson Lumber and Hardware, Inc. for Relief from the Automatic Stay [Docket No. 338, the "Motion"]:

1. The Trustee is not at this time responding to the specific allegations in ¶'s 1 through 7 of the Motion, although he reserves the right to do so.

2. The Trustee does not object generally to the request for stay relief, for the purposes of allowing Benson Lumber to pursue remedies in state court(s) against Southern End Realty, LLC and members of the Gorman family. If the Trustee's Second Motion for Approval of Agreement Concerning Certain Administrative Claims [Docket No. 332] is allowed by this Court[1], the Trustee will remit any payments earmarked for those parties pursuant to such courts and this court.

3. However, in the event that the Trustee's Motion is denied, any funds earmarked to the claims of Southern End Realty, LLC and the members of the Gorman family will remain property of the estate, and the Trustee will likely resume litigation of the disputed administrative claims.

---

[1] As well as the New Hampshire Bankruptcy Court as to Keith Gorman's claim.

In that event, the Trustee objects to stay relief, and reserves all of the estate's rights with respect thereto.

Respectfully submitted this 29th day of December, 2022.

        STEVEN WEISS,
        CHAPTER 7 TRUSTEE

        By: /s/ Steven Weiss
          Steven Weiss, Esquire
          BBO# 545619
          Shatz, Schwartz and Fentin, P.C.
          1441 Main Street, Suite 1100
          Springfield, MA  01103
          (413) 737 1131
          sweiss@ssfpc.com

20\0286\Response.Benson.Stay.Relief.1601

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **In re**<br>**ZAANA-17, LLC,**<br>     **Debtor** | **Chapter 7**<br>**Case No. 20-41170-CJP** |

**CERTIFICATE OF SERVICE**

  I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on December 29, 2022, I served a copy of the foregoing **Response of Chapter 7 Trustee to Motion of Benson Lumber and Hardware, Inc. for Relief from Automatic Stay** via electronic and/or first class U.S. Mail, postage pre-paid to the parties:

Zaana-17 LLC
1105 Lakeview Drive
Dracut, MA 01826

Frank Gorman
18 Schiripo Way
Dracut, MA 01826-2770

Donald Lassman, Esquire
P.O. Box 920385
Needham, MA 02492

Jeffrey J. Cymrot, Esq.
Sassoon Cymrot Law, LLC
84 State Street
Boston, MA 02109

William Gannon, Esq.
740 Chestnut Street
Manchester, NH 03104

Donald Farrell, Esquire
Anderson Aquino, LLP
240 Lewis Wharf
Boston, MA 02110

George Malonis, Esquire
George C. Malonis, P.C.
14 Loon Hill Road
Dracut, MA 01826

Steven Meunier, Esquire
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

               /s/ Steven Weiss
               Steven Weiss, Esquire

3