UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| **In re**<br>**ZAANA-17, LLC,**<br>                    **Debtor** | **Chapter 7**<br>**Case No. 20-41170-CJP** |

### SECOND

### MOTION OF CHAPTER 7 TRUSTEE
### FOR MODIFICATION OF ORDERS

### (EXPEDITED DETERMINATION REQUESTED)

NOW COMES Steven Weiss, Chapter 7 Trustee (the "Trustee"), and hereby moves that the order entered by this Court on April 4, 2023 [Docket No. 390, the "Order"], be modified as set forth below.   In support thereof, the Trustee respectfully states as follows:

1. On March 23, 2023 the Trustee filed second supplements to his objections to the motion of Frank Gorman for allowance of administrative claim, and the joint motion of SER, Keith Gorman and Bryan Gorman for allowance of administrative claim (referred to herein collectively as the "Claims").

2. On March 29, 2023 the Court issued the Orders, addressing the Trustee's request that the claims be equitably subordinated.  As set forth in more detail therein, the Court ordered that the Trustee had 14 days (i.e., to April 12, 2023) to: obtain the consent of the claimants to proceed with the requests in the current procedural posture; file adversary proceedings seeking equitable subordination; or submit a memorandum addressing why Fed. R. Bankruptcy Rule 7001(8) is not applicable.

3. Pursuant to a motion filed by the Trustee, on April 4, 2023 the Court entered an order extending that deadline to May 12, 2023.

4. Similarly, on April 6, 2023 the Trustee filed a motion for modification of the Court's proceeding memorandum; on April 14, 2023 this Court entered an order [Docket No. 393], suspending discovery deadlines regarding the Claims; ordering the Trustee to file a status report by May 22, 2023; and scheduling a status conference for May 24, 2023.

5. Since the entry of the orders referenced above, the Trustee has received stay relief so that he may seek resolution of the Claims in this case.

6. Since the entry of the orders referenced above, the Trustee, counsel for Keith, and the trustees in Frank's and Bryan's cases have also been engaging in various discussions which the parties hope will lead to a resolution of the Claims.

7. Thus, the Trustee believes that a suspension of the deadline for him to file adversary proceedings seeking equitable subordination to the date of the status conference is appropriate.

8. The Trustee has conferred with counsel for Keith, and the trustees in Bryan and Frank's cases, and they assent to the relief requested in this motion.

## REQUEST FOR EXPEDITED DETERMINATION

9. Pursuant to MLBR 9013-1, the Trustee requests that this motion be adjudicated on an expedited basis. As grounds therefore, the Trustee's current deadline for compliance with the Orders is May 12, 2023.

WHEREFORE, for cause shown, the Trustee respectfully prays:

1. That the Order be modified to suspend the deadline to file adversary proceedings until the status conference; and

2. For such further relief as this Court deems just and proper.

Respectfully submitted this 8th day of May, 2023.

                        STEVEN WEISS
                        CHAPTER 7 TRUSTEE

                        By: /s/ Steven Weiss
                          Steven Weiss, Esquire
                          BBO# 545619
                          Shatz, Schwartz and Fentin, P.C.
                          1441 Main Street, Suite 1100
                          Springfield, MA  01103
                          (413) 737 1131
                          sweiss@ssfpc.com

20\0286\Motion.Modify.Orders.1602

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

|  |  |
|---|---|
| **In re**<br>**ZAANA-17, LLC,**<br>　　　　　　**Debtor** | **Chapter 7**<br>**Case No. 20-41170-CJP** |

## CERTIFICATE OF SERVICE

I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on May 8, 2023, I served a copy of the foregoing **Second Motion for Modification of Orders** via electronic and/or first class U.S. Mail, postage pre-paid to the parties:

Zaana-17 LLC
1105 Lakeview Drive
Dracut, MA 01826

Nina M. Parker
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890

William Gannon, Esquire
William S. Gannon, PLLC
740 Chestnut Street
Manchester, NH 03104
bgannon@gannonlawfirm.com

Frank Gorman
18 Schiripo Way
Dracut, MA 01526
frank@gormanmanagement.com

Keith Gorman
PO Box 236
Pelham, NH 03076

Bryan Gorman
90 Loon Hill Road
Dracut, MA 01826

Jeffrey J. Cymrot
Sassoon Cymrot Law LLC
84 State Street
Boston, MA 02109

Steven Meunier, Esquire
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Richard King
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Janice G. Marsh, Trustee
Janice G. Marsh, LLC
210 Park Avenue, No. 356
Worcester, MA 01609

　　　　　　　　　　　　　　　　　　　　　/s/ Steven Weiss
　　　　　　　　　　　　　　　　　　　　　Steven Weiss, Esquire