UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| **In re**<br>**ZAANA-17, LLC,**<br><br>                    **Debtor** | **Chapter 7**<br>**Case No. 20-41170-CJP** |

### TRUSTEE'S STATUS REPORT

NOW COMES Steven Weiss, Chapter 7 Trustee (the "Trustee") and, pursuant to orders issued by this court [Docket Nos. 382, 383, 393 and 395, the "Orders"], submits his status report concerning the motion of Frank Gorman for allowance of administrative claim [Docket No. 223], and the joint motion of SER, Keith Gorman and Bryan Gorman for allowance of administrative claim [Docket No. 215]. These shall be referred to herein collectively as the "Claims".

### STATUS OF THE CLAIMANTS' CASES

1. Keith Gorman filed a petition for relief in Subchapter V of Chapter 11 in New Hampshire in November, 2022. He has filed a Chapter 11 plan, which has not been confirmed.

2. Bryan Gorman ("Bryan") filed a chapter 7 petition with this Court on March 30, 2023 [Case No. 23-40248-CJP]. Joseph Baldiga is the Chapter 7 Trustee. In his amended schedules, Bryan lists his claim against Zaana-17 in the amount of $75,000.00, and claims an exemption in the amount of $10,739.00.

3. Frank Gorman ("Frank") filed a chapter 7 petition with this Court on March 31, 2023 [Case No. 23-40257-CJP]. Jonathan Goldsmith is the Chapter 7 Trustee. In his schedules, Bryan lists his claim against Zaana-17 in the amount of $112,000.00, and claims an exemption in the amount of $6,000.00.

4. Southern End Realty, LLC ("SER") has not filed a bankruptcy petition. On information and belief, it is not operating, although it may have some equipment.

## STATUS OF TRUSTEE'S OBJECTIONS

5. Pursuant to orders issued by this Court and the New Hampshire Bankruptcy Court, the Trustee has received stay relief in order to continue to litigate the claims in this case.

6. The Trustee has requested that the several claimants (or the trustees for the claimants) as to whether they will assent to determination of the Trustee's requests for subordination requests as part of the claim objections. Joseph Baldiga, as Trustee in Bryan's case has consented. Jonathan Goldsmith, as Trustee in Frank's case, has not yet responded. Keith, through his counsel, has not consented. SER, which has no counsel in these matters, has not responded.

7. In further response to the Orders, the Trustee states that Fed. R. Bankr. P. 7001(8) does not apply to the Trustee's objections. The rule requires that a proceeding to subordinate any <u>allowed claim</u> must be by adversary proceeding. However, in this case the Claims have not been allowed either in amount or priority.

## STATUS OF DISCOVERY

8. Bryan, Keith and SER have provided discovery responses to the Trustee's requests for production of documents. The Trustee has provided responses to Keith's discovery requests (request for admissions, interrogatories and request for production of documents).

9. Frank Gorman has provided only a partial response to the Trustee's discovery requests. In response to the Trustee's request for production of documents, he provided only copies of

personal income tax returns, without any further written response.  Additionally, the Trustee has been advised that Frank is in possession of SER's bank statements and cancelled checks; indeed, Bryan testified to this in his § 341 meeting.  On March 30, 2023 the Trustee served the attached subpoena to Frank Gorman (by email), requesting SER's bank statements and cancelled checks.  In the § 341 meeting conducted on May 19, 2023 he acknowledge receipt of the subpoena.  To date, he has not complied.  Those documents are critical to the Trustee's analysis of the Claims; the Trustee believes that Frank Gorman's failure to comply with the subpoena constitutes additional grounds for subordination or disallowance of his Claim.

## TRUSTEE'S RECOMMENDATION

10.  There have been some recent settlement discussions, which the Trustee wishes to continue.  The Trustee therefore recommends that the status conference be continued for 45 days so that the parties may continue to pursue further settlement discussions.

Respectfully submitted this 22nd day of May, 2023.

        STEVEN WEISS
        CHAPTER 7 TRUSTEE

        By: /s/ Steven Weiss
          Steven Weiss, Esquire
          BBO# 545619
          Shatz, Schwartz and Fentin, P.C.
          1441 Main Street, Suite 1100
          Springfield, MA  01103
          (413) 737 1131
          sweiss@ssfpc.com

20\0286\Status.Report.1601

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| **In re**<br>**ZAANA-17, LLC,**<br>　　　　　　　　　**Debtor** | **Chapter 7**<br>**Case No. 20-41170-CJP** |

## CERTIFICATE OF SERVICE

　　　　I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on May 22, 2023, I served a copy of the foregoing **Status Report** via electronic and/or first class U.S. Mail, postage pre-paid to the parties:

Zaana-17 LLC
1105 Lakeview Drive
Dracut, MA 01826

Nina M. Parker
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890

William Gannon, Esquire
William S. Gannon, PLLC
740 Chestnut Street
Manchester, NH 03104
bgannon@gannonlawfirm.com

Frank Gorman
18 Schiripo Way
Dracut, MA 01526
frank@gormanmanagement.com

Keith Gorman
PO Box 236
Pelham, NH 03076

Bryan Gorman
90 Loon Hill Road
Dracut, MA 01826

Steven Meunier, Esquire
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Richard King
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Jonathan Goldsmith, Esquire
Katz, Argenio & Goldsmith, P.C.
1350 Main Street
Springfield, MA 01103

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Weiss
　　　　　　　　　　　　　　　　　　　　　　　　　Steven Weiss, Esquire