UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Chapter 7, No. 20-41170-CJP |
| ) | |
| ZAANA-17, LLC ) | |
| ) | |
| Debtor ) | |
| ) | |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that JONATHAN R. GOLDSMITH, Chapter 7 Trustee in Bankruptcy of Frank J. Gorman, a creditor of the above-named debtor and party in interest in the above-captioned Chapter 7 case, hereby appears in the captioned Chapter 7 case by its counsel, indicated below. The undersigned requests that an entry be made on the Clerk's Matrix in this case and requests that all notices given or required to be given in connection with the Chapter 7 case, and all papers served or required to be served in connection with the captioned Chapter 7 case, be given and served upon the undersigned person at the address set forth below:

Jonathan R. Goldsmith, Esq.
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700
Fax (413) 781-3780
Email: jgoldsmith@gkalawfirm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices with respect to any Application, Motion, Petition, pleading, request, Complaint, demand, Order or any other paper filed in the within Chapter 7 case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Dated at Springfield, Massachusetts this 22nd day of May, 2023.

                JONATHAN R. GOLDSMITH, CHAPTER 7
                TRUSTEE IN BANKRUPTCY OF FRANK J.
                GORMAN

By: */s/ Jonathan R. Goldsmith, Esq.*
    JONATHAN R. GOLDSMITH, ESQ.
    (BBO No. 548285)
    GOLDSMITH, KATZ & ARGENIO, P.C.
    1350 Main Street, Suite 1505
    Springfield, MA 01103
    Tel. (413) 747-0700
    Fax (413) 781-3780
    Email: jgoldsmith@gkalawfirm.com

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I have served a copy of the within pleading upon the following parties by mailing, first class, postage prepaid, on this 22nd day of May, 2023:

OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

Nina M. Parker, Esq.
Parker Law
8 Winchester Place, Suite 204
Winchester, MA 01890

Steven Weiss, Esq.
Shatz, Schwartz & Fentin
1441 Main Street, Suite 1100
Springfield, MA 01103

                */s/ Jonathan R. Goldsmith, Esq.*
                JONATHAN R. GOLDSMITH, ESQ.