

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

*In re:* ZAANA-17 LLC

Ch. 7

Debtor

20-41170-CJP

## Proceeding Memorandum and Order

**MATTER:**

Status Conference on #215 Motion of Southern End Realty LLC, Bryan Gorman and Keith Michael Gorman for Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(1)(A).
Status Conference on #223 Motion of Frank Gorman for Payment of Administrative Claim.

**Decision set forth more fully as follows:**

THE DEADLINES FOR FILING AN ADVERSARY PROCEEDING ARE STAYED AND THE DEADLINES FOR DISCOVERY ARE SUSPENDED PENDING A FURTHER STATUS CONFERENCE.

A FURTHER TELEPHONIC STATUS CONFERENCE IS SCHEDULED FOR 7/18/2023 AT 1:30 P.M. TO PARTICIPATE, ATTENDEES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

Dated: 6/1/23

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge