

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>ZAANA-17 LLC,<br><br>                         Debtor | Chapter 7<br>20-41170-CJP |

## ORDER

**MATTERS:**
**#215** Motion of Southern End Realty LLC, Bryan Gorman and Keith Michael Gorman for Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(1)(A) and
**#223** Motion of Frank Gorman for Payment of Administrative Claim.

THE CHAPTER 7 TRUSTEE HAVING FILED A *MOTION FOR APPROVAL OF SETTLEMENT OF ADMINISTRATIVE CLAIMS ASSERTED BY FRANK GORMAN, BRYAN GORMAN, KEITH GORMAN, AND SOUTHERN END REALTY, LLC* [DKT. NO. 402] (THE "MOTION TO COMPROMISE"), THE STATUS CONFERENCE SCHEDULED FOR 7/18/2023 ON THE PENDING ADMINISTRATIVE CLAIM REQUESTS [DKT. NOS. 215 AND 223] IS CANCELLED AS UNNECESSARY.  THE MOTION TO COMPROMISE WILL BE SCHEDULED FOR HEARING.

Dated:  July 18, 2023                                       By the Court,

                                                                            Christopher J. Panos
                                                                            United States Bankruptcy Judge