# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| **In re**<br>**ZAANA-17, LLC,**<br>　　　　　　　　**Debtor** | Chapter 7<br>Case No. 20-41170-CJP |

## CERTIFICATE OF SERVICE
## NOTICE OF HEARING

　　　　I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on July 27, 2023 I served a copy of the Notice of Hearing on [402] Motion to Approve Settlement via electronic and/or first class U.S. Mail, postage pre-paid to all creditors and to the parties:

Nina M. Parker
Parker & Associates LLC
8 Winchester Place, Suite 204
Winchester, MA 01890
*Via email

Jeffrey J. Cymrot, Esq.
Sassoon Cymrot Law, LLC
84 State Street
Boston, MA 02109
*Via email

James F. McGrail
McGrail Law Office
124 Crescent Road
Needham, MA 02494

John J. Ratigan, Esq.
Donahue, Tucker & Ciandella, PLLC
16 Acadia Lane
Exeter, NH 03833-4936

Jonathan Goldsmith, Esquire
Goldsmith, Katz & Argenio, P.C.
1350 Main Street
Springfield, MA 01103

Elisa M. Sartori
45 Summer Street, #106
Leominster, MA 01453
*Via email

Joseph Baldiga, Esquire
100 Front Street
Worcester, MA 01608

William Gannon, Esq.
740 Chestnut Street
Manchester, NH 03104
*Via email

Marques Lipton Esquire
945 Concord Street
Framingham, MA 01701

Michael Fadden, Esq.
2020 Lakeview Ave.
Dracut, MA 01826-3275

2

Nelia Benjamin  
*Via email

Don Lassman  
P.O. Box 920385  
Needham, MA  02492  
*Via email

/s/ Steven Weiss  
Steven Weiss, Esquire

ssfpc.com\Shares\Profiles\user100\Documents\cos.noh.compromise

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-4<br>Case 20-41170<br>District of Massachusetts<br>Worcester<br>Wed Jul 13 13:54:12 EDT 2022 | Bank of New England<br>c/o Gary W. Cruickshank, Esq.<br>21 Custom House Street<br>Suite 920<br>Boston, MA 02110-3525 | Benson Lumber & Hardware Inc<br>6 Martin Street<br>Derry, NH 03038-2311 |
| Caterpillar Financial Services Corporation<br>c/o Thomas K. McCraw, Jr.<br>Freeman Mathis & Gary, LLP<br>60 State Street<br>Suite 600<br>Boston, MA 02109-1862 | Connie Doto Realty Group<br>Attn: Jesse Redlener<br>Ascendant Law Group<br>2 Dundee Park Drive, Suite 102<br>Andover, MA 01810-3725 | Hampstead Area Water Services Company, a div<br>Ascendant Law Group LLC<br>204 Andover Street, Suite 401<br>Attn: Jesse I. Redlener<br>Andover, MA 01810-5743 |
| Southern End Realty LLC<br>1105 Lakeview Drive<br>Dracut, MA 01826-4745 | Zaana-17 LLC<br>1105 Lakeview Drive<br>Dracut, MA 01826-4745 | Worcester<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608-2060 |
| Agretech Corporation<br>100 Burtt Road, Suite G01<br>Andover, MA 01810-5920 | Ashley McCue and Mike Boyle<br>22 Chardonnay Road<br>Pelham, NH 03076-3200 | Bank of New England<br>P.O. Box 29<br>Salem, NH 03079-0029 |
| Benson Lumber and Hardware, Inc.<br>6 Martin Street<br>POB 444<br>Derry, NH 03038-0444 | Blais Concrete Flatwork<br>50 Old Wilton Road<br>New Ipswich, NH 03071-3421 | Bunlong Heng<br>413 Walker Street<br>Lowell, MA 01851-2556 |
| Caterpillar Financial Services<br>P.O. Box 13834<br>Newark, NJ 07189-0001 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Caterpillar Financial Services Corporation<br>c/o Thomas K. McCraw, Jr., Esq.<br>Freeman Mathis & Gary, LLP<br>60 State Street, Suite 600<br>Boston, MA 02109-1862 |
| Dave Holt Construction<br>P.O. Box 1001<br>Pelham, NH 03076-1001 | Dave Holt Roofing<br>P.O. Box 1001<br>Pelham, NH 03076-1001 | David M. Groff<br>79 Bridge Street<br>P.O. Box 209<br>Pelham, NH 03076-0209 |
| Donald F. Farrell, Jr.<br>240 Lewis Wharf<br>Boston, MA 02110-3927 | Donald F. Farrell, Jr.<br>Maureen Appleyard, Trustee<br>5 Riverview Hill<br>Essex, MA 01929-1336 | Ed Herbert & Associates<br>1 Frost Road<br>Windham, NH 03087-1250 |
| Gray Bar<br>392 University Avenue<br>Westwood, MA 02090-2311 | Haffners<br>2 International Way<br>Lawrence, MA 01843-1064 | Hampstead Area Water Co.<br>54 Sawyer Avenue<br>Atkinson, NH 03811-2445 |
| Independent Electric<br>41 inner Belt Road<br>Somerville, MA 02143-4406 | J&J Heating and Air Conditioning, Inc.<br>17 Arlington Street<br>Dracut, MA 01826-3952 | J.P. Brown, LLC<br>185 Hildretch Street<br>Dracut, MA 01826 |

| | | |
|---|---|---|
| Kelley and Mark Szmyt<br>19 Saint Margrets Drive<br>Pelham, NH 03076-2513 | Lewis Builders Development, Inc. d/b/a Hamps<br>54 Sawyer Ave.<br>Atkinson, NH 03811-2445 | Lewis Engineering<br>44 Stark Lane<br>Litchfield, NH 03052-2456 |
| Liberty Utilities<br>P.O. Box 1380<br>Londonderry, NH 03053-1380 | Liberty Utilities - NH<br>75 Remittance Drive, Suite 1032<br>Chicago, IL 60675-1032 | MA Ready Mix<br>80 Ayer Road<br>Littleton, MA 01460-1104 |
| Mark Kanakis, Esq.<br>Merra & Kanakis, PC<br>P.O. Box 388<br>Nashua, NH 03061-0388 | Mass. Dept. of Revenue<br>Attn: Bankruptcy Unit<br>P O Box 7090<br>Boston MA 02204-7090 | Maureen Appleyard, Trustee of 59 Newhall Str<br>5 Riverview Hill<br>Essex, MA 01929-1336 |
| Maureen Appleyard, Trustee of the<br>59 Newhall Street Realty Trust<br>P.O. Box 966<br>Essex, MA 01929-0018 | Micheal Fadden, Esq.,<br>2020 Lakeview<br>Dracut, MA 01826-3275 | NJB Accounting Solutions<br>130 Lawrence Road<br>Salem, NH 03079-3951 |
| Nelia J Benjamin and Ron Benjamin<br>130 Lawrence Road<br>Salem NH 03079<br>Salem, NH 03079-3951 | Nelia and Ron Benjamin<br>130 Lawrence Road<br>Salem, NH 03073 | New England Mobile Crushing<br>200 Suncook Valley Road<br>Westwood, MA 02090 |
| Robert M. Shepard, Esq.<br>Smith-Weiss Shepard & Spony, P.C.<br>47 Factory Street<br>Nashua, NH 03060-3310 | Seth Pasakarnis, Esq.<br>Hinckley Allen & Snyder, LLP<br>28 State Street<br>Boston, MA 02109-1776 | Silva Bros. Investment, Inc.<br>850 Chelmsford Street, # 8<br>Lowell, MA 01851-5149 |
| Silverwatch Architects<br>155 Londonderry Road<br>Windham, NH 03087-1116 | Southworth Milton, Inc. d/b/a<br>Milton CAT<br>100 Quarry Street<br>Milford, MA 01757-1751 | Tim and Kathleen O'Shea<br>23 Chardonnay Road<br>Pelham, NH 03076-3200 |
| Winmill Equipment<br>3 International Dr.<br>Windham, NH 03087-1694 | Bryan Patrick Gorman<br>90 Loon Hill Road<br>Dracut, MA 01826-4031 | Frank Gorman<br>18 Schiripo Way<br>Dracut, MA 01826-2770 |
| Keith Michael Gorman<br>820 Methuen Street<br>Dracut, MA 01826-5221 | Michael J. Fadden<br>2020 Lakeview Ave<br>Dracut, MA   01826-3275 | Nina M. Parker<br>Parker & Associates LLC,d/b/a Parker Law<br>8 Winchester Place, Suite 204<br>Winchester, MA 01890-2846 |
| Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 | Steven Weiss<br>Steven Weiss, Trustee<br>Shatz,Schwartz & Fentin<br>1441 Main Street<br>Suite 1100<br>Springfield, MA 01103-1450 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)59 Newhall Street Realty Trust

(u)Silva Bros. Investment, LLC
850 Chelmsford Street
Lowell

(d)Benson Lumber and Hardware, Inc.
6 Martin Street
Derry, NH 03038-2311

(d)Tim and Kathleen O'Shea
23 Chardonnay Road
Pelham, NH 03076-3200

End of Label Matrix
Mailable recipients    58
Bypassed recipients     4
Total                  62